**Electronically Filed
Supreme Court
SCWC-21-0000438
27-AUG-2025
08:52 AM
Dkt. 29 ODMR**

SCWC-21-0000438

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE FOR
RESIDENTIAL ACCREDIT LOANS, INC., MORTGAGE ASSET-BACKED
PASS-THROUGH CERTIFICATES, SERIES 2005-Q01,
Respondent/Plaintiff-Counterclaim Defendant-Appellee,

vs.

MICHAEL JON SZYMANSKI,
Petitioner/Defendant-Counterclaimant-Appellant,

and

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR
COUNTRYWIDE MORTGAGE VENTURES, LLC, dba WESTERN PARADISE
FINANCIAL; WAILEA COMMUNITY ASSOCIATION; WAILEA PUALANI ESTATES
HOMEOWNERS ASSOCIATION; WELLS FARGO BANK, N.A. AS INDENTURE
TRUSTEE FOR GMACM HOME EQUITY LOAN TRUST 2002-HE1, GMACM HOME
EQUITY LOAN-BACKED TERM NOTES 2002-HE1,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000438; CAAP-22-0000588; CASE NO. 2CC181000015)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ., and
Circuit Judge Kawamura, in place of Recktenwald, C.J., recused)

Upon consideration of Petitioner/Defendant-Counterclaimant-

Appellant Michael Jon Szymanski's Motion for Reconsideration of

the Hawaiʻi Supreme Court's Summary Disposition Order filed on August 12, 2025, and the record and files herein,

It is ordered that the motion is denied.

DATED:  Honolulu, Hawaiʻi, August 27, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Shirley M. Kawamura

